**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

     v.                    Civil No. 07-5071

JEFFREY M. PATTERSON                                                         DEFENDANT

### O R D E R

Now on this 13th day of September, 2007, comes on for consideration plaintiff's **Motion** (document #4), seeking dismissal of this matter with prejudice, and the Court, being well and sufficiently advised, finds that said Motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                                                                    /s/ Jimm Larry Hendren
                                                                           **JIMM LARRY HENDREN**
                                                                           **UNITED STATES DISTRICT JUDGE**